**Order filed August 5, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00385-CV
_____

**IN THE INTEREST OF Q.R.W.A/K/A Q.W.; S.R.W., CHILDREN,**
**Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,**
**Appellee**

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-00628J**

## O R D E R

The clerk's record was filed June 3, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Nunc Pro Tunc Decree for Termination signed June 15, 2022.

The Harris County district Clerk is directed to file a supplemental clerk's record on or before **August 15, 2022**, containing Nunc Pro Tunc Decree for Termination signed June 15, 2022.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.